**Hertz Global Holdings, Inc. (HTZ)**  **Edward M Doller**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 1/11/2024 | 300 | $9.0800 |
| Purchase | 1/11/2024 | 2,700 | $9.0499 |