## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| EDWARD M. DOLLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HERTZ GLOBAL HOLDINGS, INC., STEPHEN M. SCHERR, and ALEXANDRA BROOKS,<br><br>Defendants. | Case No. 2:24-cv-00513-JLB-KCD |

## DECLARATION OF LEO W. DESMOND IN SUPPORT OF MOTION OF TOM MURDOCH FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF COUNSEL</u>

I, Leo W. Desmond, hereby declare as follows:

1.    I am an attorney with Desmond Law Firm, P.C., counsel for Tom Murdoch ("Murdoch"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Murdoch's motion for appointment as Lead Plaintiff and approval of his selection of Glancy Prongay & Murray LLP as Lead Counsel and Desmond Law Firm, P.C. as Liaison Counsel for the class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:   Press release published May 31, 2024 on *PR Newswire*, announcing the pendency of the securities class action against Defendants herein;
>
> Exhibit B:   PSLRA Certification of Murdoch;
>
> Exhibit C:   Analysis of Murdoch's financial interest;
>
> Exhibit D:   Firm resume of Glancy Prongay & Murray LLP; and
>
> Exhibit E:   Firm resume of Desmond Law Firm, P.C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed on July 30, 2024.

*/s/ Leo W. Desmond*
Leo W. Desmond

1

## <u>CERTIFICATE OF SERVICE</u>

I, Leo W. Desmond, hereby certify that on July 30, 2024, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*s/ Leo W. Desmond*
Leo W. Desmond
