# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Hertz Global Holdings, Inc.
**Ticker:** HTZ
**Class Period:** 04/27/2023 - 04/24/2024
**Name:** Tom Murdoch

Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/26/2023 | 100 | $10.5950 | -$1,059.5000 | | $0.0000 | -$1,059.50 |
| 12/26/2023 | 900 | $10.5800 | -$9,522.0000 | | $0.0000 | -$9,522.00 |
| 12/26/2023 | 400 | $10.5850 | -$4,234.0000 | | $0.0000 | -$4,234.00 |
| 12/26/2023 | 6,456 | $10.6100 | -$68,498.1600 | | $0.0000 | -$68,498.16 |
| 12/26/2023 | 1,200 | $10.5900 | -$12,708.0000 | | $0.0000 | -$12,708.00 |
| 12/26/2023 | 14,679 | $10.6200 | -$155,890.9800 | | $0.0000 | -$155,890.98 |
| 12/26/2023 | 8,565 | $10.6000 | -$90,789.0000 | | $0.0000 | -$90,789.00 |
| 1/30/2024 | 159 | $8.6099 | -$1,368.9741 | | $0.0000 | -$1,368.97 |

| **Shares Retained:** | **32,459** | | | | **Subtotal:** | **-$344,070.61** |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | | **Shares Retained** | **90-Day Average:** | $137,836.35 |
| | | $4.2465 | | 32,459 | **Total:** | **-$206,234.27** |

Account 2

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/26/2023 | 5,203 | $10.5761 | -$55,027.4483 | | $0.0000 | -$55,027.45 |
| 1/30/2024 | 50 | $8.6000 | -$430.0000 | | $0.0000 | -$430.00 |
| 3/8/2024 | 42 | $7.7295 | -$324.6390 | | $0.0000 | -$324.64 |

| **Shares Retained:** | **5,295** | | | | **Subtotal:** | **-$55,782.09** |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | | **Shares Retained** | **90-Day Average:** | $22,485.09 |
| | | $4.2465 | | 5,295 | **Total:** | **-$33,297.00** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between April 25, 2024 and July 23, 2024. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

| Tom Murdoch Loss Summary | |
|---|---|
| Account 1 | -$206,234.27 |
| Account 2 | -$33,297.00 |
| **Total Loss:** | **-$239,531.27** |