UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

|  |  |
|---|---|
| EDWARD M. DOLLER, Individually and on Behalf of All Others Similarly Situated, | Case No.  2:24-cv-00513-JLB-KCD |
|  | <u>CLASS ACTION</u> |
| Plaintiff, | **DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF MOTION OF THE HERTZ INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |
| v. |  |
| HERTZ GLOBAL HOLDINGS, INC., STEPHEN M. SCHERR, and ALEXANDRA BROOKS, |  |
| Defendants. |  |

I, Jayne A. Goldstein, hereby declare as follows:

1.    I am an attorney with Miller Shah LLP ("Miller Shah"), counsel on behalf of John Paul Karhoff, Leo Lorenz, and ITENT EDV Dienstleistungs GmbH (collectively, the "Hertz Investor Group"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Hertz Investor Group's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz LLP ("Pomerantz") and The Rosen Law Firm, P.A. ("Rosen Law") as Co-Lead Counsel, and Miller Shah as Liaison Counsel, for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth the Hertz Investor Group's financial interest in this litigation;

Exhibit B:   Press release published via *PR Newswire* on May 31, 2024, announcing the pendency of the Action;

Exhibit C:   Shareholder Certifications executed by the members of the Hertz Investor Group;

Exhibit D:   Joint Declaration executed by the members of the Hertz Investor Group;

Exhibit E:   Firm resume of Pomerantz;

Exhibit F:   Firm Resume of Rosen Law; and

Exhibit G:   Firm resume of Miller Shah.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 30, 2024, at Delray Beach, Florida.

/s/ Jayne A. Goldstein
Jayne A. Goldstein

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein