# EXHIBIT A

**Hertz Global Holdings, Inc. (HTZ)**
**Class Period: April 27, 2023 to April 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $4.2465 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | |
| John Paul Karhoff, Account 1 | | 5,500 | | ($39,435) | | 0 | | $0 | 5,500 | 5,500 | $23,356 | ($16,079) |
| John Paul Karhoff, Account 2 | | 6,236 | | ($49,710) | | 0 | | $0 | 6,236 | 6,236 | $26,481 | ($23,229) |
| John Paul Karhoff, Account 3 | | 2,424 | | ($19,998) | | 0 | | $0 | 2,424 | 2,424 | $10,293 | ($9,705) |
| Leo Lorenz | | 32,190 | | ($330,905) | | (32,190) | | $284,700 | 15,000 | 0 | $0 | ($46,205) |
| ITENT EDV Dienstleistungs GmbH | | 6,600 | | ($53,289) | | 0 | | $0 | 6,600 | 6,600 | $28,027 | ($25,262) |
| **John Paul Karhoff; Leo Lorenz; ITENT EDV Dienstleistungs GmbH** | | **52,950** | | **($493,337)** | | **(32,190)** | | **$284,700** | **35,760** | **20,760** | **$88,157** | **($120,480)** |
| Account 1 | | | | | | | | | | | | |
| John Paul Karhoff | 3/4/2024 | 5,500 | $7.1700 | ($39,435) | | | | | | | | |
| **John Paul Karhoff** | | **5,500** | | **($39,435)** | | **0** | | **$0** | **5,500** | **5,500** | **$23,356** | **($16,079)** |
| Account 2 | | | | | | | | | | | | |
| John Paul Karhoff | 1/16/2024 | 3,636 | $8.2300 | ($29,924) | | | | | | | | |
| John Paul Karhoff | 2/13/2024 | 2,600 | $7.6100 | ($19,786) | | | | | | | | |
| **John Paul Karhoff** | | **6,236** | | **($49,710)** | | **0** | | **$0** | **6,236** | **6,236** | **$26,481** | **($23,229)** |
| Account 3 | | | | | | | | | | | | |
| John Paul Karhoff | 2/1/2024 | 2,424 | $8.2500 | ($19,998) | | | | | | | | |
| **John Paul Karhoff** | | **2,424** | | **($19,998)** | | **0** | | **$0** | **2,424** | **2,424** | **$10,293** | **($9,705)** |
| Leo Lorenz | 5/4/2023 | 10,500 | $15.9300 | ($167,265) | 5/22/2023 | (5,500) | $16.4200 | $90,310 | | | | |
| Leo Lorenz | 10/26/2023 | 500 | $8.8700 | ($4,435) | 5/22/2023 | (5,000) | $16.4200 | $82,100 | | | | |
| Leo Lorenz | 11/14/2023 | 1,190 | $8.6600 | ($10,305) | 11/21/2023 | (1,690) | $8.4500 | $14,281 | | | | |
| Leo Lorenz | 4/10/2024 | 10,000 | $7.4400 | ($74,400) | 4/23/2024 | (5,000) | $5.4600 | $27,300 | | | | |
| Leo Lorenz | 4/10/2024 | 10,000 | $7.4500 | ($74,500) | 5/29/2024 | (500) | $4.9788 | $2,489 | | | | |
| Leo Lorenz | | | | | 5/30/2024 | (1,000) | $4.9640 | $4,964 | | | | |
| Leo Lorenz | | | | | 6/4/2024 | (1,000) | $4.8761 | $4,876 | | | | |
| Leo Lorenz | | | | | 6/5/2024 | (2,000) | $4.8448 | $9,690 | | | | |
| Leo Lorenz | | | | | 6/11/2024 | (1,000) | $4.7008 | $4,701 | | | | |
| Leo Lorenz | | | | | 6/12/2024 | (2,500) | $4.6672 | $11,668 | | | | |
| Leo Lorenz | | | | | 6/12/2024 | (2,500) | $4.6672 | $11,668 | | | | |
| Leo Lorenz | | | | | 6/12/2024 | (2,500) | $4.6672 | $11,668 | | | | |
| Leo Lorenz | | | | | 6/20/2024 | (2,000) | $4.4929 | $8,986 | | | | |
| **Leo Lorenz** | | **32,190** | | **($330,905)** | | **(32,190)** | | **$284,700** | **15,000** | **0** | **$0** | **($46,205)** |
| ITENT EDV Dienstleistungs GmbH | 1/2/2024 | 1,000 | $10.4900 | ($10,490) | | | | | | | | |
| ITENT EDV Dienstleistungs GmbH | 1/3/2024 | 1,000 | $9.7895 | ($9,790) | | | | | | | | |
| ITENT EDV Dienstleistungs GmbH | 2/8/2024 | 1,200 | $8.3750 | ($10,050) | | | | | | | | |
| ITENT EDV Dienstleistungs GmbH | 2/13/2024 | 1,400 | $7.6000 | ($10,640) | | | | | | | | |
| ITENT EDV Dienstleistungs GmbH | 4/18/2024 | 2,000 | $6.1595 | ($12,319) | | | | | | | | |
| **ITENT EDV Dienstleistungs GmbH** | | **6,600** | | **($53,289)** | | **0** | | **$0** | **6,600** | **6,600** | **$28,027** | **($25,262)** |

*Avg Closing Prices from April 25, 2024 to July 23, 2024