# EXHIBIT B

# Pomerantz Law Firm Announces the Filing of a Class Action Against Hertz Global Holdings, Inc. and Certain Officers - HTZ



NEWS PROVIDED BY
**Pomerantz LLP** →
May 31, 2024, 23:36 ET

NEW YORK, May 31, 2024 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Hertz Global Holdings, Inc. ("Hertz" or the "Company") (NASDAQ: **HTZ**) and certain officers. The class action, filed in the United States District Court for the Middle District of Florida, and docketed under 24-cv-00513, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Hertz securities between April 27, 2023 and April 24, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Hertz securities during the Class Period, you have until July 30, 2024 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at **www.pomerantzlaw.com**. To discuss this action, contact Danielle Peyton at **newaction@pomlaw.com** or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[**Click here for information about joining the class action**]

Hertz is a vehicle rental company that offers both internal combustion engine ("ICE") vehicle and electric vehicle ("EV") rental services from Company-operated, licensee, and franchisee locations across various countries. The Company also sells vehicles and value-added services.

With hundreds of thousands of vehicles in its rental fleet, accurately measuring vehicle depreciation—*i.e.*, the decrease in value of the various vehicles in its fleet over time—is critical to Hertz's profitability.

In October 2021, Hertz announced that, "[a]s consumer interest in [EVs] skyrockets," the Company made "a significant investment to offer the largest EV rental fleet in North America and one of the largest in the world[,]" including "an initial order of 100,000 Teslas by the end of 2022 and new EV charging infrastructure across the company's global operations." The Company thereafter entered into multiple strategic partnerships with cities and others to promote its EV rental business, and concurrently continued to expand its EV fleet.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Hertz had downplayed the financial impact of vehicle depreciation, and/or overstated its ability to track and manage vehicle depreciation; (ii) demand for Hertz's EVs was not as strong as Defendants had led investors to believe; (iii) Hertz had too many vehicles, particularly EVs, in its fleet to remain profitable; (iv) as a result of all the foregoing, Hertz was likely to incur significant losses on the disposition of both its ICE vehicles and EVs; (v) all the foregoing was likely to, and did, have a significant negative impact on Hertz's financial results; and (vi) as a result, the Company's public statements were materially false and misleading at all relevant times.

On January 11, 2024, Hertz revealed in a filing with the U.S. Securities and Exchange Commission that it would sell approximately 20,000 EVs from its U.S. fleet, or about one-third of its global EV fleet, "to better balance supply against expected demand of EVs." According to the Company, this would "result in the recognition, during the fourth quarter of 2023, of approximately $245 million of incremental net depreciation expense related to the sale[,]" which "represents the write down of the EVs' carrying values as of December 31, 2023 to their fair values, less related expenses associated with the disposition of the vehicles." Hertz further advised that "Adjusted Corporate EBITDA for the fourth quarter of 2023 will be

negatively impacted by the incremental net depreciation expense associated with the EV sales plan, and further burdened by higher depreciation expense in the ordinary course as residual values for vehicles generally fell throughout the quarter greater than previously expected."

On this news, Hertz's stock price fell $0.40 per share, or 4.28%, to close at $8.95 per share on January 11, 2024.

On March 15, 2024, Hertz announced that Defendant Stephen M. Scherr ("Scherr") would resign from his roles as the Company's Chief Executive Officer ("CEO") and Chairman of the Board of Directors by the end of the month, and that the Company had appointed Wayne Gilbert West as its new CEO.

Then, on April 25, 2024, Hertz issued a press release announcing its first quarter 2024 results. Among other items, Hertz reported adjusted diluted earnings-per-share ("EPS") of -$1.28 for the quarter, well short of the consensus estimate of -$0.43, and far worse than the adjusted diluted EPS of $0.39 that the Company had achieved in the same period the year prior. In discussing these results, Hertz revealed that vehicle depreciation in the quarter increased $588 million, or $339 on a per-unit basis, primarily driven by deterioration in estimated forward residual values and disposition losses on ICE vehicles compared to gains in the prior-year quarter. The Company also disclosed that, of the $339 per unit increase, $119 was related to EVs held for sale. Moreover, Hertz reported a $195 million charge to vehicle depreciation to write down EVs held for sale that were remaining in inventory at quarter-end to fair value and to recognize the disposition losses on EVs sold in the period.

On this news, Hertz's stock price fell $1.12 per share, or 19.31%, to close at $4.68 per share on April 25, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See **www.pomlaw.com**.

Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Danielle Peyton

Pomerantz LLP

**dpeyton@pomlaw.com**

646-581-9980 ext. 7980


SOURCE Pomerantz LLP