# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, ___John Paul Karhoff_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against Hertz Global Holdings, Inc. ("Hertz") and authorize the filing of a comparable complaint on my behalf.

3.     I did not purchase or acquire Hertz securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Hertz securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     The attached sheet lists all of my transactions in Hertz securities during the Class Period as specified in the Complaint.

6.     During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.     I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docusign Envelope ID: 6BA2AA33-1157-415F-955D-6FE6B1F6FCFC

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 7/26/2024
_____
        **(Date)**

Signed by:

*John Karhoff*

B7B207CD1B6644D...

**(Signature)**

John Karhoff
_____
    **(Type or Print Name)**

**Hertz Global Holdings, Inc. (HTZ)**                                    **John Paul Karhoff**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| Purchase/Acquisition | 3/4/2024 | 5,500 | $7.1700 |
| Account 2 | | | |
| Purchase/Acquisition | 1/16/2024 | 3,636 | $8.2300 |
| Purchase/Acquisition | 2/13/2024 | 2,600 | $7.6100 |
| Account 3 | | | |
| Purchase/Acquisition | 2/1/2024 | 2,424 | $8.2500 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _Leo Lorenz_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Hertz Global Holdings, Inc. ("Hertz") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Hertz securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Hertz securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of my transactions in Hertz securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Docusign Envelope ID: 9EBE3F58-78A7-4634-8714-F201E2BA1A52

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** 7/29/2024
—————————————————
        **(Date)**

Signed by:

leo lorenz

0CA05AD57E33466...

**(Signature)**

Leo Lorenz
—————————————————
        **(Type or Print Name)**

**Hertz Global Holdings, Inc. (HTZ)**                                             **Leo Lorenz**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 5/4/2023 | 10,500 | $15.9300 |
| Purchase/Acquisition | 10/26/2023 | 500 | $8.8700 |
| Purchase/Acquisition | 11/14/2023 | 1,190 | $8.6600 |
| Purchase/Acquisition | 4/10/2024 | 10,000 | $7.4400 |
| Purchase/Acquisition | 4/10/2024 | 10,000 | $7.4500 |
| Sale | 5/22/2023 | (5,500) | $16.4200 |
| Sale | 5/22/2023 | (5,000) | $16.4200 |
| Sale | 11/21/2023 | (1,690) | $8.4500 |
| Sale | 4/23/2024 | (5,000) | $5.4600 |

# CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes the Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against The Hertz Global Holdings. Inc. ("Hertz"), and their current and former officers, and others in connection with the purchase and sale of securities issued by Hertz. The undersigned is authorized to execute this certification on behalf ITENT EDV Dienstleistungs GmbH as the undersigned is the Chairman and Owner.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.    I have reviewed a complaint against Hertz and certain of their officers and directors and I authorize the filing of a lead plaintiff motion on my behalf.

2.    I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.    I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.    The following is a list of all of the purchases and sales I have made in Hertz securities during the Class Period set forth in the complaint. I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

       See Attached

5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

6.    I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day _____7/30/2024_____.

ITENT EDV Dienstleistungs GmbH

BY: [signature]

Richard Deutner
Chairman and Owner

**SCHEDULE A**

**ITENT EDV Dienstleistungs GmbH**

CLASS PERIOD TRANSACTIONS

**PURCHASES**

| DATE | SHARES | PRICE |
|---|---|---|
| 1/2/2024 | 1,000 | ($10.49) |
| 1/3/2024 | 1,000 | ($9.7895) |
| 2/8/2024 | 1,200 | ($8.375) |
| 2/13/2024 | 1,400 | ($7.60) |
| 4/18/2024 | 2,000 | ($6.1595) |