**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

EDWARD M. DOLLER, Individually and
on Behalf of All Others Similarly Situated,

        Plaintiff,

    v.

HERTZ GLOBAL HOLDINGS, INC.,
STEPHEN M. SCHERR, and
ALEXANDRA BROOKS,

        Defendants.

Case No. 2:24-CV-00513-JLB-KCD

## DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF STAY ORDER PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT

Pursuant to the Court's request at the December 16, 2024 Rule 16(b) conference, the Defendants move the Court to enter an order effectuating the Private Securities Litigation Reform Act's ("PSLRA") automatic stay of "all discovery and other proceedings" during the pendency of Defendants' Motion to Dismiss (Dkt. 51). 15 U.S.C. § 78u-4(b)(3)(B).

As the Court recognized and the Parties agreed at the Rule 16(b) conference, the PSLRA stay unquestionably applies here. This case is a "private action arising under this chapter," because Plaintiff asserts a claim under section 10(b) of the Securities Exchange Act of 1934, which is codified in the same chapter as the PSLRA. *See* 15 U.S.C. § 78j(b). Defendants moved to dismiss the case in its entirety on October 30, 2024, which remains pending. For that reason, discovery and all

other proceedings must be stayed pursuant to the PSLRA.

For the foregoing reasons, Defendants respectfully request that the Court enter an order effectuating the PSLRA's stay of discovery and all other proceedings pending the resolution of Defendants' Motion to Dismiss.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned certifies that a good faith conference regarding this motion was conducted and that all parties consent to entry of an order effectuating the PSLRA's stay of discovery and all other proceedings pending resolution of Defendants' Motion to Dismiss.

Dated: December 18, 2024

Foley & Lardner LLP

Respectfully submitted,

Davis Polk & Wardwell LLP

/s/ *Michael P. Matthews*
Michael P. Matthews (FBN 63988)
mmatthews@foley.com

Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone: (813) 229-2300
Facsimile: (813) 221-4210

*Attorneys for Defendants Hertz Global Holdings, Inc., Stephen M. Scherr, and Alexandra Brooks*

/s/ *Edmund Polubinski*
Edmund Polubinski (*admitted pro hac vice*)
(lead counsel)
edmund.polubinski@davispolk.com
Andrew Ditchfield (*admitted pro hac vice*)
andrew.ditchfield@davispolk.com
Jonathan K. Chang (*admitted pro hac vice*)
jonathan.chang@davispolk.com
Deborah S. Mazer (*admitted pro hac vice*)
deborah.mazer@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

2