UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD M. DOLLER,
INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY
SITUATED;

    Plaintiff,

v.

HERTZ GLOBAL HOLDINGS,
INC., STEPHEN M. SCHERR,
ALEXANDRA BROOKS,

    Defendants,

Case No. 2:24-CV-513-JLB-KCD

## ORDER

Before the Court is Defendants' Unopposed Motion for Entry of Stay Order. (Doc. 69.) The Private Securities Litigation Reform Act, which the parties agree applies here, provides an automatic stay of "all discovery and other proceedings" while a motion to dismiss is pending. 15 U.S.C. § 78u-4(b)(3)(B). Defendants have filed a motion to dismiss, thus triggering the automatic stay. Accordingly, it is now **ORDERED**:

    1.    This case is **STAYED**, and the Clerk is directed to add a stay flag to the docket;

    2.    The stay will be lifted by further order after the motion to dismiss is decided.

**ENTERED** in Fort Myers, Florida on December 19, 2024.

_____
Kyle C. Dudek
United States Magistrate Judge