**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

EDWARD M. DOLLER, Individually and
on behalf of All Others Similarly Situated,

     Plaintiff,

v.                                                         Case No. 2:24-CV-00513-KCD-DNF

HERTZ GLOBAL HOLDINGS, INC.,
STEPHEN M. SCHERR, and
ALEXANDRA BROOKS,

     Defendants.

_____

**JOINT MOTION FOR ENTRY OF A RULE 502(d) ORDER**

Lead Plaintiff Robert Stephens ("Lead Plaintiff") and Defendants Hertz Global Holdings, Inc. ("Hertz" or the "Company"), Stephen M. Scherr ("Scherr"), and Alexandra Brooks ("Brooks") (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their respective undersigned counsel, submit this Joint Motion for Entry of a Rule 502(d) Order.  In support, the Parties state:

1. On December 4, 2025, the Court held a preliminary pretrial conference (the "Rule 16 Conference"). At the Rule 16 Conference, the Parties jointly requested that the Court enter a Rule 502(d) order, and the Court directed the Parties to file a joint motion.

2. The Federal Rules of Evidence permit a district court to issue an order that attorney-client privilege and work-product protection are "not waived by

1

disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding." Fed. R. Evid. 502(d).

3. But "[a]n agreement among the parties in a case to limit waiver under Rule 502 is binding only if incorporated in a court order under Rule 502(d)." Middle District Discovery (2021) at Section VI.C.

4. "Federal courts, including those in Florida[,] routinely enter [Rule 502(d)] orders upon request of the parties." *Diaz v. Chapters Health Sys., Inc.*, 2019 WL 1498873, at *1 (M.D. Fla. Apr. 1, 2019) (collecting cases).

5. The parties request that the Court enter the attached proposed Rule 502(d) order (the "Proposed Order"). *See* Exhibit 1.

6. The parties acknowledge that Local Rule 3.01(k) prohibits proposed orders without leave of Court. The Parties have attached the Proposed Order in light of the discussion with the Court during the Rule 16 Conference, and the Court's request that the Parties submit their proposed 502(d) order with a joint motion.

7. The Proposed Order has been agreed to by the Parties and is substantially similar to Judge Dudek's Rule 502(d) Template Order (available at https://www.flmd.uscourts.gov/judges/kyle-dudek), with changes to simplify paragraph 3 and to reflect that this Joint Motion, rather than an oral motion, is submitted to the Court.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and enter the attached Proposed Order.

## LOCAL RULE 3.01(G) CERTIFICATE

The Parties certify that they have conferred regarding the relief requested herein and jointly seek entry of the Proposed Order.

Dated: December 5, 2025                    Respectfully submitted,

By: /s/ Cullin Avram O'Brien
Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Lead Plaintiff and the Putative Class*

**LEVI & KORSINSKY, LLP**
Shannon Hopkins, *admitted pro hac vice*
Gregory Potrepka, *admitted pro hac vice*
Amanda Foley, *admitted pro hac vice*
P. Cole von Richthofen*, admitted pro hac vice*
Joshua Kluger, *admitted pro hac vice*
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (212) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: afoley@zlk.com
Email: cvrichthofen@zlk.com
Email: jkluger@zlk.com

By: /s/ Traci T. McKee
Traci T. McKee (FBN 53088)
**FAEGRE DRINKER BIDDLE & REATH LLP**
Blake D. Bachman (FBN 1040691)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Telephone: (239) 286-6900
Facsimile: (239) 244-9053
Email: traci.mckee@faegredrinker.com
Email: blake.bachman@faegredrinker.com

Michael P. Matthews (FBN 63988)
**FOLEY & LARDNER LLP**
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
Email: mmatthews@foley.com

**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski *admitted pro hac vice*
(lead counsel)
Andrew Ditchfield *admitted pro hac vice*
Charlotte M. Savino *admitted pro hac vice*
Deborah S. Mazer *admitted pro hac vice*
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

3

Email: edmund.polubinski@davispolk.com
Email: andrew.ditchfield@davispolk.com
Email: charlotte.savino@davispolk.com
Email: deborah.mazer@davispolk.com

Jonathan K. Chang *admitted pro hac vice*
900 Middlefield Road, Suite 200
Redwood City, CA 94063
Tel: (650) 752-2000
Email: jonathan.chang@davispolk.com

***Counsel for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing motion was filed electronically with the Clerk of the Court via the CM/ECF system and served on all parties of record on December 5, 2025.

<u>/s/ Traci T. McKee</u>