# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

EDWARD M. DOLLER, Individually and
on behalf of All Others Similarly Situated,

     Plaintiff,

v.                                Case No. 2:24-CV-00513-KCD-DNF

HERTZ GLOBAL HOLDINGS, INC.,
STEPHEN M. SCHERR, and
ALEXANDRA BROOKS,

     Defendants.

_____

## **ORDER**

On December 4, 2025, the Court held a preliminary pretrial conference. At the conference, the parties jointly requested that the Court enter a Rule 502(d) order, and the Court directed the parties to file a joint motion. The joint motion is granted.

1. This Order shall be applicable to and govern all deposition transcripts and/or videotapes, and documents produced in response to requests for production of documents, answers to interrogatories, responses to requests for admissions, affidavits, declarations and all other information or material produced, made available for inspection, or otherwise submitted by any of the parties in this litigation as well as testimony adduced at trial or during any hearing (collectively "Information").

2. The disclosure of privileged or work-product protected documents, electronically stored information ("ESI") or Information, whether

inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

3. Nothing contained herein prevents a party from reviewing his, hers, or its documents, ESI or Information (including metadata) for any purpose.

Accordingly, it is hereby **ORDERED**:

The Joint Motion for Entry of a 502(d) Order is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida on December 8, 2025.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

- 2 -