**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| EDWARD M. DOLLER, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>HERTZ GLOBAL HOLDINGS, INC., STEPHEN M. SCHERR, AND ALEXANDRA BROOKS,<br><br>              Defendants. | Case No. 2:24-cv-00513-KCD-DNF |

## JOINT UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT APPROVAL

Court-appointed Lead Plaintiff Robert Stephens ("Lead Plaintiff") and Defendants Hertz Global Holdings, Inc., Stephen M. Scherr, and Alexandra Brooks (together "Defendants" and with Lead Plaintiff, the "Parties"), jointly move the Court for an order entering a stay of further proceedings in this case, including the deadlines in the Court's Amended Case Management and Scheduling Order (the "CMO") (ECF No. 102). In support, the Parties state:

1.     On March 12, 2026, the Parties attended a full-day, in person mediation and agreed to a settlement, in principle, to resolve the action. *See* ECF No. 109.

2.     On March 13, 2026, the Parties executed a term sheet memorializing their agreement, and the Parties are in the midst of negotiating a customary, longform stipulation of settlement. Pursuant to Federal Rule of Civil Procedure 23(e), Lead

Plaintiff anticipates filing a motion with the Court for preliminary settlement approval of this putative class action by May 15, 2026.

3.      Temporary relief from the deadlines in the CMO pending preliminary approval of class action settlement will promote judicial efficiency and conservation of judicial resources, enable the Parties to avoid incurring unnecessary litigation costs, promote public policy favoring voluntary resolution of disputes, and permit the Parties to focus on the settlement approval process including negotiating the terms of the stipulation of settlement.

Wherefore, the Parties jointly request the Court stay the above-captioned action pending the Court's decision on the anticipated motion for preliminary settlement approval.

### Local Rule 3.01(g) Certificate

The Parties certify that they have conferred regarding the relief requested herein and jointly seek entry of a stay pending the Court's decision on the anticipated motion for preliminary settlement approval.

Dated: March 17, 2026

Respectfully submitted,

By: */s/Cullin Avram O'Brien*
Cullin Avram O'Brien
**CULLIN O'BRIEN LAW, P.A.**
6541 NE 21st Way
Ft. Lauderdale, FL 33308
Tel: (561) 676-6370
Email: cullin@cullinobrienlaw.com

*Liaison Counsel for Plaintiff and the Class*

By: */s/Traci T. McKee*
Traci T. McKee (FBN 53088)
**FAEGRE DRINKER BIDDLE & REATH LLP**
Blake D. Bachman (FBN 1040691)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel.: (239) 286-6900
Fax.: (239) 244-9053

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins *
Gregory M. Potrepka *
Amanda D. Foley *
P. Cole von Richthofen *
Joshua E. Kluger *
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com
Email: afoley@zlk.com
Email: cvrichthofen@zlk.com
Email: jkluger@zlk.com

*Lead Counsel for Lead Plaintiff*
*Robert Stephens and the Class*
* admitted *pro hac vice*

Email: traci.mckee@faegredrinker.com
Email: blake.bachman@faegredrinker.com

**FOLEY & LARDNER LLP**
Michael P. Matthews (FBN 69988)
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Tel.: (813) 229-2300
Fax. (813) 22-4210
Email: mmathews@foley.com

**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski * (lead counsel)
Andrew Ditchfield *
Daniel J. Thomson *
Deborah S. Mazer *
450 Lexington Avenue
New York, NY 100017
Tel.: (212) 450-4000
Email: edmund.polubinski@davispolk.com
Email: andrew.ditchfield@davispolk.com
Email: daniel.thomson@davispolk.com
Email: deborah.mazer@davispolk.com

Jonathan K. Chang *
900 Middlefield Road, Suite 200
Redwood City, CA 94063
Tel.: (650) 752-2000
Email: jonathan.chang@davispolk.com

*Counsel for Defendants*
* admitted *pro hac vice*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed electronically with the Clerk of the Court via the CM/ECF system and served on all parties of record on March 17, 2026.

*/s/ Cullin Avram O'Brien*